UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **EROS PELLERIN** | * | CIVIL ACTION NO.: |
| | * | |
| **VERSUS** | * | SECTION: |
| | * | |
| **UNION PACIFIC** | * | MAG. DIV.: |
| **RAILROAD COMPANY** | * | |

*************************************

## COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT:**

NOW COMES, through undersigned counsel, Plaintiff, Eros Pellerin, a person of full age and majority residing and domiciled in the City of Monroe, in the Parish of Ouachita, Louisiana, who respectfully tenders the following averments:

1.  This Honorable Court has federal question jurisdiction by virtue of 28 U.S.C. § 1331, as this claim arises under the provisions of the Federal Employer's Liability Act, 45 U.S.C. § 51, *et seq*.

2.  Venue is proper in the Western District of Louisiana pursuant to 28 U.S.C. § 1391(c) as the Defendant, the Union Pacific Railroad Company [hereinafter "UP"] owns, operates, and maintains equipment and mainline railroad tracks in the Western District of Louisiana, and within Ouachita Parish, resulting in UP possessing sufficient minimum contacts in the Western District of Louisiana. In addition, the cause of action arises from an on-duty injury sustained within the Western District of Louisiana as stated below.

3.  This is an action arising under the provisions of the Federal Employer's Liability Act, 45 U.S.C. § 51 *et seq.*, commonly referred to as the FELA, to recover damages for personal injuries sustained by the Plaintiff in the line of duty while employed as a railroad conductor by the Defendant, UP, and while engaged in interstate commerce between the several states.

4.  Defendant, UP, domiciled in Delaware, with its principal business establishment in Omaha, Nebraska does engage in interstate commerce as a common carrier by railroad, and more particularly, UP owns and operates its equipment on UP railroad tracks in the State of Louisiana, including the mainline railroad tracks and Alexandria yard located in the Western District of Louisiana where Plaintiff sustained his injuries in the course and scope of his employment.

5.  Defendant, UP, is liable unto Plaintiff, Eros Pellerin, for all of the damages he sustained, as well as all general and equitable relief, together with legal interest thereon from the date of judgment until paid, and for all costs of these proceedings for the following reasons to-wit:

6.  On or about December 15, 2016, Plaintiff was engaged in switching operations in UP's Alexandria Yard when the UP, through its agents, officials, managers, and supervisors required Plaintiff to throw a railroad switch on the east lead that was improperly maintained, defective, and unreasonably safe.

7.  On December 15, 2016, while performing these duties in his usual and customary safe manner, Plaintiff sustained injuries to his neck, cervical spine, low back, lumbar spine, but most severely to his left shoulder.

8.  Plaintiff avers that at the time of this accident on December 15, 2016, he was an able-bodied railroad worker, and that the negligence of Defendant, UP, in failing to maintain its railroad switch in a reasonably safe condition, directly caused, in whole or in part, Plaintiff's severe injuries for which he has undergone surgical treatment to his left shoulder.  Furthermore,

as a result of Defendant UP's negligence, Plaintiff has suffered continued physical and mental pain, as well as, economic loss for lost wages (past and future), fringe benefits, and unpaid medical expenses for which he demands recovery.

9. Plaintiff further avers that Defendant, UP, through their agents, servants, and employees recklessly, negligently, and/or carelessly failed to provide him with a reasonably safe place to work in violation of the provisions of the FELA, 45 U.S.C. § 51, *et seq.*, thereby causing and/or contributing to the aforementioned accident; and the negligence of UP includes, but is not limited to the following acts to-wit:

  A. In that UP, in violation of its non-delegable duty under the FELA, failed to provide Plaintiff with a reasonably safe place to work;

  B. In that UP, in violation of its non-delegable duty under the FELA, failed to provide Plaintiff with proper assistance to perform his duties;

  C. In that UP, in violation of its non-delegable duty under the FELA, failed to provide Plaintiff with reasonably safe and proper tools and equipment to carry out his job duties;

  D. In that UP violated its own safety and operating rules;

  E. In that UP violated federal regulations found in title 49 of the Code of Federal Regulations that were enacted for purpose of promoting railroad employee safety;

  F. In that UP knew, or in the exercise of reasonable care, should have known that the railroad switch in question was improperly maintained, defective, and/or unfit for service, but failed to exercise reasonable care to make sure its switch was reasonably safe for operation.

      G. In that UP failed to exercise due care and caution commensurate with the surrounding circumstances; and

      H. Other acts and omissions of negligence, which will be fully enumerated at the trial of this matter.

10.     Plaintiff demands all damages reasonable in the premises and specifically itemizes the following damages suffered for which he seeks recovery:

    A. Physical Pain and Suffering, Past and Future;

    B. Mental Pain and Suffering, Past and Future;

    C. Permanent Disability;

    D. Loss of Enjoyment of Life;

    E. Past Lost Wages;

    F. Future Lost Earning Capacity and Fringe Benefits;

    G. Unpaid Past Medical Expenses;

    H. Future Life Care Needs and Medical Expenses for Remainder of Life Expectancy.

11.     Plaintiff reserves the right to supplement and amend this Complaint, as additional facts become known to him.

12.     Plaintiff is entitled to and demands a trial by jury.

    WHEREFORE, Plaintiff, Eros Pellerin, prays that Defendant, Union Pacific Railroad Company, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiff, Eros Pellerin, and against Defendant, Union Pacific Railroad Company, for all sums reasonable in the premises, together with legal interest thereon from the date of judgment, until paid, for all costs of these proceedings and for all general and equitable relief.

Signed this 5th day of April 2017

Respectfully Submitted,

**DAVIS, SAUNDERS, MILLER & ODEN**

*/s/ Joseph M. Miller, Esq.*

BY: _____

**JOSEPH M. MILLER #30636**
**BENJAMIN B. SAUNDERS #11733**
**CARISA GERMAN-ODEN #31463**
400 Mariners Plaza Drive, Suite 401
Mandeville, Louisiana 70448
Telephone: (985) 612-3070
Facsimile: (985)612-3072

**Attorneys for Plaintiff,
Eros Pellerin**